UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BRENT HONORE, ET AL.                                CIVIL ACTION

VERSUS

GULF COAST BANK & TRUST                     NO. 23-00753-BAJ-EWD
COMPANY

### RULING AND ORDER

Before the Court is the Magistrate Judge's **Report and Recommendation (Doc. 19, the "Report")**, prepared *sua sponte* based on the screening required by 28 U.S.C. § 1915A and permitted by 28 U.S.C. § 1915(e). The Report recommends that the Court dismiss the case without prejudice because Plaintiffs have failed to establish a basis for the exercise of this Court's subject matter jurisdiction. (*Id.* at 2).

Plaintiff alleged that Defendants did not honor obligations owed with respect to a promissory note and asserted that the case should be heard in federal court "because the dispute involves federal laws of Title 12 of the Code of Federal Regulations, *et seq.*" (Doc. 1 ¶¶5, 9–20). After a show cause hearing, the Magistrate Judge found that Plaintiffs failed to provide any basis supporting federal question jurisdiction. (Doc. 19 at 4, 9–12). There are no objections to the Report.

Having carefully reviewed Plaintiffs' Complaint (Doc. 1) and the Report (Doc. 19), the Court **APPROVES** the Report and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiffs' action be and is hereby **DISMISSED WITHOUT PREJUDICE AND WITHOUT LEAVE TO AMEND** pursuant to 28 U.S.C. §§ 1915(e) and 1915A for failure to establish a basis for the exercise of this Court's subject matter jurisdiction.

Judgment shall issue separately.

Baton Rouge, Louisiana, this 12th day of August, 2025

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**